UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Michael TILLMAN )
    Plaintiff )
    Pro-Se )
     )
vs )
     ) No. _____
Johnson Divsersey, Inc., et al )
8310 16th Street ) 04-40107
P.O. Box 902 )
Sturtevant, WI )

## APPLICATION TO PROCEED WITHOUT
## PREPAYMENT OF COST OR FEES

AND NOW, comes **Michael TILLMAN**, BEFORE THE Court in seeking to proceed without cost or fees in the attached civil action at law. Be **Michael TILLMAN**, be known and referred to as the Plaintiff currently at bench in Pro-Se.

Plaintiff avers the below and ongoing information to support this application before the Court.

-A-

### JURISDICTION

This Court has jurisdiction to grant Plaintiff pauperis status as found at **28 USC 1915(a)**.

-B-

### REASONS TO GRANT PAUPERIS STATUS

1. Plaintiff is currently in inmate of the Federal Prison system, is unemployed, and due to serious and extraordinry medical conditions cannot gain institution employment.

2. Plaintiff has no real estate, checking accounts, savings certificates, receives no pension nor derives any other income by any means.

3. Plaintiff owns no vehicle for travel, be it land, air, or sea.

4. Plaintiff has no-one to advance him the filing fees in this matter.

5. Plaintiff retains a very small prison account which he reverts to "phone time" in so that he may speak to his ill daughter and grandchildren.

**WHEREFORE**, for all of the reasons contained herein, Plaintiff prays his relief be granted.

Respectfully Submitted,

Michael TILLMAN
Reg. # 08960-050
FMC Devens
P.O. Box 879
Ayer, MA   01432

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 08960050 | Current Institution: | Devens FMC |
| Inmate Name: | HELMAN, MICHAEL | Housing Unit: | P CC |
| Report Date: | 06/02/2004 | Living Quarters: | P03-112L |
| Report Time: | 10:11:55 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8436 |
| FRP Participation Status: | Completed |
| Arrived From: | FAI |
| Transferred To: | |
| Account Creation Date: | 11/5/2003 |
| Local Account Activation Date: | 11/6/2003 5:17:45 AM |
| Sort Codes: | |
| Last Account Update: | 6/1/2004 3:05:12 AM |
| Account Status: | Active |
| ITS Balance: | $0.10 |

### FRP Plan Information

**FRP Plan Type**   **Expected Amount**   **Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $0.80 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.80 |
| National 6 Months Deposits: | $40.00 |
| National 6 Months Withdrawals: | $46.45 |
| National 6 Months Avg Daily Balance: | $7.29 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.80 |

Inmate Qualifies for OTC Medication

This Inmate is Indigent

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $34.45
Last Sales Date: 2/23/2004 11:14:41 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**