IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Donald F. BLIZZARD, Sr.  )
    Plaintiff  )
    Pro-Se  )
  )
vs  ) No. _____
  )
Johnson Divsersey, Inc. et al  ) 04-40107
    Defendants  )

APPLICATION TO PROCEED BEFORE THE
COURT WITHOUT PREPAYMENT OF COST OR FEES

**AND NOW** comes **Donald F. BLIZZARD, Sr.**, before this honorable Court, in seeking leave to proceed as a pauper in this civil action at law. Be he hereinafter known and referred to as the Plaintiff, Pro-Se.

Plaintiff avers the below and ongoing information to support this application for pauperis status.

-A-

JURISDICTION

This Court has jurisdiction to grant leave to proceed as a pauper, as discussed at **TAitle 28 USC 1915(a)**.

-B-

REASONS WHY PAUPERIS STATUS
SHOULD BE GRANTED

1. Plaintiff is currently incarcerated within the Federal Bureau of Prisons (BOP), is without employment, and is devoid of

institutional employment due to serious medical conditions.

2. Plaintiff has no-one to advance him the filing fees, and will, upon his release, too be unemployed due to serious medical conditions.

3. Plaintiff owns no real estate, has no checking or savings accounts, IRA's, nor does he expect his financial situation to changee in either the near or distant future.

4. Plaintiff owns a "home-made" motorcycle and a 1985 Chevrolet Coupe of which the preesent conditions are unknown to him. Both vehicles are titled in the State of Maryland.

5. Plaintiff retains a small prison inmate account to provide toiletries, food, writing paper, stamps and recreational clothing.

6. In December of 2003, Plaintiffs "Unit Team" at FCI Elkton deemed in his requireed twice yearly review that he (**BLIZZARD**) shall strive to have $2000.00 in his inmate account by his release date in 2004. Plaintiff is still "short" of this projection (this documentation will be available to the Court, however, with any document request in the BOP, the process is lengthy).

**WHEREFORE**, for all of the reasons set forth in this application for pauperis status, your Plaintiff prays his relief be granted.

/Donald F. BLIZZARD, Sr.
Reg. #34258-037
FMC Devens
P.O. Box 879
Ayer, MA 01432

# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 34258037 | Current Institution: | Devens FMC |
| Inmate Name: | BLIZZARD, DONALD | Housing Unit: | |
| Report Date: | 06/01/2004 | Living Quarters: | P03-114L |
| Report Time: | 5:15:48 PM | | |

FILED IN CLERK'S OFFICE 2004 JUN -7 P 1:26 U.S. DISTRICT COURT DIST. OF MASS

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 3612 |
| FRP Participation Status: | Completed |
| Arrived From: | ELK |
| Transferred To: | |
| Account Creation Date: | 5/15/2002 |
| Local Account Activation Date: | 2/18/2004 11:27:51 AM |
| Sort Codes: | |
| Last Account Update: | 5/25/2004 3:05:22 AM |
| Account Status: | Active |
| ITS Balance: | $13.01 |

### FRP Plan Information

**FRP Plan Type**   **Expected Amount**   **Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $913.80 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $913.80 |
| National 6 Months Deposits: | $25.00 |
| National 6 Months Withdrawals: | $170.40 |
| National 6 Months Avg Daily Balance: | $993.50 |
| Local Max. Balance - Prev. 30 Days: | $956.85 |
| Average Balance - Prev. 30 Days: | $934.58 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $94.55
Last Sales Date: 5/17/2004 11:33:03 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**

I/M ON COMM REST PER UDC 30 DYS