June 4, 2004

FILED
IN CLERKS OFFICE

2004 JUN -7 P 1:56

U.S. DISTRICT COURT
DISTRICT OF MASS

TO: Tony Anastas, Clerk
United States District Court
For the District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, MA  02210-3002

re: **TILLMAN, SMITH, BLIZZARD**
vs Johnson Divserday, Inc. et al
Civil Action at Law, 28 USC 1332(a)(1)

04-40107

Dear Mr. Anastas;

    Please find, enclosed under this cover, our civil action at law complaint. Included is the required list of interested parties, as well as the requests for pauperis status. Missing is the pauperis application of Plaintiff **SMITH**, whom, after signing the complaint, but prior to, gaining his prison account statement, was temporarily removed to West Virginia for a court appearance. The appearance in West Virginia revolves upon a pro-se application for return of property, **18 USC 41(e)**, with pauperis being granted in the United States District Court, Martinsburg, West Virginia.

    **SMITH** "should" be returning to FMC Devens soon after June 5, 2004, at which time, he'll promptly provide the court with his pauperis application, **28 USC 1915(a)**, and inmate account statements; however, his pauperis approval could be verified "on-line" as found at pager.

    I am thanking you, in advance, for your kind attention to these matters, and I remain,

Sincerely,

Donald F. BLIZZARD, Sr.
Reg. No. 34258-037
FMC Devens
P.O. Box 879
Ayer, MA  01432