Ms. Marjorie E. Lanier
Deputy Clerk
United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts, 02210

FILED July 22, 2004
CLERKS OFFICE
2004 JUL 27 A II: 41
U.S. DISTRICT COURT
DISTRICT OF MASS

Re: John Paul Smith, et.al. v. Johnson Divsersey
No: 04-40107-GOA

Dear Ms. Lanier:

   Please find enclosed under this cover my Affadivit and Oath in Forma Pauperis, pursuant to Title 28 USC 1915. With this is my required "Inmate Account transaction sheet(s) and current balance.

   Please don't be of the opinion that I failed to provide the Clerk and the Court this as required. Shortly after my returning from Court in West Virgina, approx. three weeks ago I mailed the exact forms as here with a note that it applied to the yet to be docketed matter of Tillman,Blizzard Smith vs. Johnson Divsersey. Perhaps it was misplaced or not understood due to the matter not then docketed?

   Two questions; first, am I correct in assuming that the fifty-dollars ($50.00) is removed now automaticly by FMC Devens? If this is incorrect please advise and I at once will arrange to have the funds sent via my family. Secondly; regarding Michael Tillman, he has no funds nor does he expect the situation to improve in the very near future. We, Donald Blizzard and I have ample funds but are prohibited by prison rules to provide the $1.85 to Mr. Tillman, but if it is permitted we will have one of our family members send a check to this office in that amount for Mr. Tillman.

   Thank-you for your time, this entire legal system is very much confusing to us, we've never had to bring such an action in the past but will do our upmost to properly comply will all rules and pleadings.

   Lastly, would it be possible for us to be provided with a copy of the local rules of this Court.

Sincerely

John Paul Smith
Reg.No. 04456-087

7-23-04