UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF BOSTON

John Paul SMITH )
   Plaintiff )
   Pro-Se )
) No. 04-40107-GAO
vs )
)
Geo. Johnson's Wax, et al )
   Respondent )

FILED
IN CLERKS OFFICE
2004 JUL 27 A 11: 51
U.S. DISTRICT COURT
DISTRICT OF MASS

### AFFIDAVIT AND OATH IN FORMA PAUPERIS, PURSUANT TO 28 USC 1915(a)

**AND NOW**, appearing before this Honorable Court, is **John Paul SMITH**, be he hereinafter be known and referred to as the Plaintiff, who presently is at bench in Pro-Se.

Plaintiff avers the below and ongoing factual information to support this motion.

1. Plaintiff is presently incarcerated and unemployed.

2. Due to Plaintiff's handicap, **i.e.**, no legs, he is prohibited even institutional employment that would afford him a small wage.

3. Plaintiff owns no real estate, nor does he derive any monies from pensions or other incomes.

4. Plaintiff "owns" one motor vehicle that is registered to his mother. Presently, the vehicle is offered for sale in order to pay his continuing legal defense upon appeal.

5. Plaintiff has a small inmate commissary account to

provide his toilet items, stamps, paper, pens and envelopes (copy attached hereto).

6. Plaintiff has no-one to advance him the required funds to prosecute this Civil Action at Law.

WHEREFORE, for all of the reasons set forth in the foregoing motion, Plaintiff respectfully prays this Court to grant his relief and enter an order granting pauperis status.

Respectfully submitted,

*[signature]* 7-23-04

John Paul SMITH
Reg. No. 04456-087
FMC Devens
P.O. Box 879
Ayer, MA  01432

# Inmate Inquiry

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 04456087 | Current Institution: | |
| Inmate Name: | SMITH, JOHN | Housing Unit: | |
| Report Date: | 07/23/2004 | Living Quarters: | |
| Report Time: | 7:02:49 PM | | |

FILED
CLERKS OFFICE

2004 JUL 27 A 11:21

U.S. DISTRICT COURT
DISTRICT OF MASS

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7696 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/12/2003 |
| Local Account Activation Date: | 8/13/2003 4:48:45 AM |
| Sort Codes: | |
| Last Account Update: | 7/22/2004 11:25:55 AM |
| Account Status: | Active |
| ITS Balance: | $5.93 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

---

## Account Balances

| | |
|---|---|
| Account Balance: | $870.92 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $59.35 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $811.57 |
| National 6 Months Deposits: | $2,770.37 |
| National 6 Months Withdrawals: | $1,899.45 |
| National 6 Months Avg Daily Balance: | $839.97 |
| Local Max. Balance - Prev. 30 Days: | $1,165.32 |
| Average Balance - Prev. 30 Days: | $1,106.74 |

## Commissary History

### Purchases

Validation Period Purchases: $171.15
YTD Purchases: $1,629.45
Last Sales Date: 7/22/2004 11:25:55 AM

### SPO Information

SPO's this Month: 1
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $171.15
Remaining Spending Limit: $118.85

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**

## Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 04486087 | Current Institution: |
| Inmate Name: | SMITH, JOHN | Housing Unit: |
| Report Date: | | Living Quarters: |
| Report Time: | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 7/22/2004 11:25:55 AM | 8 | | | Sales | ($171.15) | | $870.92 |
| DEV | 7/15/2004 12:31:04 PM | 52 | | | Sales | ($17.95) | | $1,042.07 |
| DEV | 7/12/2004 5:03:02 PM | ITS0712 | | | ITS Withdrawal | ($30.00) | | $1,060.02 |
| DEV | 7/9/2004 11:26:19 AM | 10 | | | Sales | ($75.30) | | $1,090.02 |
| DEV | 7/7/2004 1:07:18 PM | 259 | | | SPO | | ($59.35) | -------- |
| DEV | 6/21/2004 11:48:06 AM | 34 | | | Sales | ($195.90) | | $1,165.32 |
| DEV | 6/19/2004 7:35:44 PM | ITS0619 | | | ITS Withdrawal | ($60.00) | | $1,361.22 |
| DEV | 6/14/2004 5:30:59 PM | 99 | | | Sales | ($64.35) | | $1,421.22 |
| DEV | 6/14/2004 2:19:44 PM | 16588 | | 1089835 | Local Collections | $615.34 | | $1,485.57 |
| DEV | 5/24/2004 11:14:11 AM | 5 | | | Sales | ($143.45) | | $870.23 |
| DEV | 5/10/2004 11:24:27 AM | 11 | | | Sales | ($22.20) | | $1,013.68 |
| DEV | 5/9/2004 8:18:32 PM | ITS0509 | | | ITS Withdrawal | ($60.00) | | $1,035.88 |
| DEV | 5/6/2004 2:15:32 PM | 14171 | | 1079573 | Local Collections | $275.00 | | $1,095.88 |
| DEV | 5/3/2004 2:30:39 PM | 13957 | | 1088595 | Local Collections | $275.00 | | $820.88 |
| DEV | 5/3/2004 11:07:49 AM | 4 | | | Sales | ($44.70) | | $545.88 |
| DEV | 4/30/2004 11:29:53 AM | 25 | | | Sales | ($0.95) | | $590.58 |
| DEV | 4/28/2004 1:44:24 PM | 13636 | | 1079563 | Local Collections | $250.00 | | $591.53 |
| DEV | 4/26/2004 11:21:18 AM | 3 | | | Sales | ($103.20) | | $341.53 |
| DEV | 4/19/2004 11:26:13 AM | 14 | | | Sales | ($170.25) | | $444.73 |
| DEV | 4/5/2004 5:16:42 PM | 63 | | | Sales | ($7.60) | | $614.98 |
| DEV | 4/1/2004 4:33:03 PM | ITS0401 | | | ITS Withdrawal | ($60.00) | | $622.58 |
| DEV | 3/23/2004 11:25:39 AM | 14 | | | Sales | ($302.10) | | $682.58 |
| DEV | 3/17/2004 7:45:56 PM | ITS0317 | | | ITS Withdrawal | ($10.00) | | $984.68 |
| DEV | 3/11/2004 4:55:08 PM | ITS0311 | | | ITS Withdrawal | ($20.00) | | $994.68 |
| DEV | 3/10/2004 1:46:33 PM | 10571 | | 1089798 | Local Collections | $1,000.00 | | $1,014.68 |
| DEV | 3/9/2004 5:39:12 PM | 54 | | | Sales | ($29.30) | | $14.68 |
| DEV | 3/7/2004 7:58:12 PM | ITS0307 | | | ITS Withdrawal | ($10.00) | | $43.98 |
| DEV | 3/5/2004 11:24:55 AM | 20 | | | Sales | ($91.80) | | $53.98 |
| DEV | 3/4/2004 4:50:08 PM | ITS0304 | | | ITS Withdrawal | ($20.00) | | $145.78 |
| DEV | 3/1/2004 11:15:59 AM | 7 | | | Sales | ($189.25) | | $165.78 |
| DEV | 2/27/2004 1:29:10 PM | 9804 | | 1089788 | Local Collections | $355.03 | | $355.03 |

1

Total Transactions: 31

Totals:    $870.92    ($59.35)

Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $811.57 | $0.00 | $0.00 | $59.35 | $0.00 | $0.00 | $0.00 | $870.92 |
| Totals: | $811.57 | $0.00 | $0.00 | $59.35 | $0.00 | $0.00 | $0.00 | $870.92 |