UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF BOSTON

John Paul SMITH )
    Plaintiff )
    Pro-Se )
     ) No. 04-40107 GAO
vs )
     )
Geo. Johnson's Wax, et al )
    Respondent )

### AFFIDAVIT AND OATH IN FORMA PAUPERIS, PURSUANT TO 28 USC 1915(a)

**AND NOW**, appearing before this Honorable Court, is **John Paul SMITH**, be he hereinafter be known and referred to as the Plaintiff, who presently is at bench in Pro-Se.

Plaintiff avers the below and ongoing factual information to support this motion.

1. Plaintiff is presently incarcerated and unemployed.
2. Due to Plaintiff's handicap, **i.e.**, no legs, he is prohibited even institutional employment that would afford him a small wage.
3. Plaintiff owns no real estate, nor does he derive any monies from pensions or other incomes.
4. Plaintiff "owns" one motor vehicle that is registered to his mother. Presently, the vehicle is offered for sale in order to pay his continuing legal defense upon appeal.
5. Plaintiff has a small inmate commissary account to

   provide his toilet items, stamps, paper, pens and
   envelopes (copy attached hereto).

6. Plaintiff has no-one to advance him the required
   funds to prosecute this Civil Action at Law.

WHEREFORE, for all of the reasons set forth in the foregoing motion, Plaintiff respectfully prays this Court to grant his relief and enter an order granting pauperis status.

Respectfully submitted,

_____
John Paul SMITH
Reg. No. _04456-057_
FMC Devens
P.O. Box 879
Ayer, MA  01432

-2-

# All Transactions



| Inmate Reg #: | 04456087 | Current Institution: | Devens FMC |
| Inmate Name: | SMITH, JOHN | Housing Unit: | P CC |
| Report Date: | 06/24/2004 | Living Quarters: | P02-341L |
| Report Time: | 3:02:50 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 6/21/2004 11:48:06 AM | DEV3007 | Sales | ($195.90) | 34 | | $1,165.32 |
| 6/19/2004 7:35:44 PM | AMService | ITS Withdrawal | ($60.00) | ITS0619 | | $1,361.22 |
| 6/14/2004 5:30:59 PM | DEV3006 | Sales | ($64.35) | 99 | | $1,421.22 |
| 6/14/2004 2:19:44 PM | DEV2004 | Local Collections | $615.34 | 16588 | | $1,485.57 |
| 5/24/2004 11:14:11 AM | DEV3006 | Sales | ($143.45) | 5 | | $870.23 |
| 5/10/2004 11:24:27 AM | DEV3006 | Sales | ($22.20) | 11 | | $1,013.68 |
| 5/9/2004 8:18:32 PM | AMService | ITS Withdrawal | ($60.00) | ITS0509 | | $1,035.88 |
| 5/6/2004 2:15:32 PM | DEV2007 | Local Collections | $275.00 | 14171 | | $1,095.88 |
| 5/3/2004 2:30:39 PM | DEV2005 | Local Collections | $275.00 | 13957 | | $820.88 |
| 5/3/2004 11:07:49 AM | DEV3007 | Sales | ($44.70) | 4 | | $545.88 |
| 4/30/2004 11:29:53 AM | DEV3007 | Sales | ($0.95) | 25 | | $590.58 |
| 4/28/2004 1:44:24 PM | DEV2007 | Local Collections | $250.00 | 13636 | | $591.53 |
| 4/26/2004 11:21:18 AM | DEV3006 | Sales | ($103.20) | 3 | | $341.53 |
| 4/19/2004 11:26:13 AM | DEV3007 | Sales | ($170.25) | 14 | | $444.73 |
| 4/5/2004 5:16:42 PM | DEV3006 | Sales | ($7.60) | 63 | | $614.98 |
| 4/1/2004 4:33:03 PM | AMService | ITS Withdrawal | ($60.00) | ITS0401 | | $622.58 |
| 3/23/2004 11:25:39 AM | DEV3002 | Sales | ($302.10) | 14 | | $682.58 |
| 3/17/2004 7:45:56 PM | AMService | ITS Withdrawal | ($10.00) | ITS0317 | | $984.68 |
| 3/11/2004 4:55:08 PM | AMService | ITS Withdrawal | ($20.00) | ITS0311 | | $994.68 |
| 3/10/2004 1:46:33 PM | DEV2004 | Local Collections | $1,000.00 | 10571 | | $1,014.68 |
| 3/9/2004 5:39:12 PM | DEV3006 | Sales | ($29.30) | 54 | | $14.68 |
| 3/7/2004 7:58:12 PM | AMService | ITS Withdrawal | ($10.00) | ITS0307 | | $43.98 |
| 3/5/2004 11:24:55 AM | DEV3002 | Sales | ($91.80) | 20 | | $53.98 |
| 3/4/2004 4:50:08 PM | AMService | ITS Withdrawal | ($20.00) | ITS0304 | | $145.78 |
| 3/1/2004 11:15:59 AM | DEV3006 | Sales | ($189.25) | 7 | | $165.78 |
| 2/27/2004 1:29:10 PM | DEV2004 | Local Collections | $355.03 | 9804 | | $355.03 |

1