UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL TILLMAN<br>    Plaintiff, Pro-Se<br><br>JOHN PAUL SMITH<br>    Plaintiff, Pro-Se<br><br>DONALD F. BLIZZARD, SR.<br>    Plaintiff, Pro-Se<br><br>v.<br><br>JOHNSONDIVERSEY, INC.<br>[Incorrectly identified as "Johnson Divsersay, Inc.]<br>    Defendant. | DOCKET NO: 04-CV-40107-GAO |

## MOTION OF THE DEFENDANT JOHNSONDIVERSEY, INC., TO DISMISS AND SEVER

The defendant, JohnsonDiversey, Inc., (incorrectly identified as "Johnson Divsersay, Inc.) (herein "JDI") moves as follows:

a.) Under Fed. R. Civ. P. 12(b)(6) to dismiss the Plaintiffs' Complaint for failure to state a cause of action;

b.) Under Fed. R. Civ. P. 12(b)(1) to dismiss Plaintiffs' Complaint for lack of subject matter jurisdiction;

c.) Under Fed. R. Civ. P. 10(b) to dismiss Plaintiffs' Complaint for failure to conform with pleading formation;

d.) Under Fed. R. Civ. P. 21 to sever the claims asserted by the three plaintiffs; and

e.) Under Fed. R. Civ. P. 12(f) to strike improper prayers for relief and extraneous matters.

In the alternative, JDI moves under Fed. R. Civ. P. 12(e) for a more definite statement.

In further support of this Motion, JDI submits herewith a Memorandum of Law.

Respectfully Submitted,
The defendant,
JOHNSONDIVERSEY, INC.
By its attorneys,

_____
Lee Stephen MacPhee, BBO #312400
Philip M. Hirshberg, BBO #567234
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210-1181
(617) 430-7500

Of counsel:

Patrick G. Donnelly, Esquire
Stephanie M. Keddy, Esquire
Riordan, Donnelly, Lipinski & McKee
10 N. Dearborn St., 4th Floor
Chicago, Illinois 60602
(312) 663-9400

## L.R. D. MASS. 7.1(A)(2) CERTIFICATION

I, Philip M. Hirshberg, Esquire, counsel for the moving defendant, hereby certify that pursuant to L. R. D. Mass. 7.1(A)(2), I have attempted to confer in good faith with the *pro se* plaintiffs to resolve or narrow the issues presented by the within Motion, and have thus far been unsuccessful.

_____
Philip M. Hirshberg, Esq.