UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL TILLMAN,<br>        Plaintiff, Pro-Se<br><br>JOHN PAUL SMITH,<br>        Plaintiff, Pro-Se<br>DONALD F. BLIZZARD, SR.,<br>        Plaintiff, Pro-Se<br><br>v.<br><br>JOHNSONDIVERSEY, INC.<br>[Incorrectly identified as "Johnson<br>Divsersay, Inc.]<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     DOCKET NO: 04-CV-40107-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2004 I served a copy of the following documents:

1.    *Motion of the Defendant JohnsonDiversey, Inc. to Dismiss and Sever; and*

2.    *Memorandum of Law in Support of the Motion of Defendant JohnsonDiversey, Inc., to Dismiss and Sever,*

upon each Pro-Se Plaintiff by mailing a copy of same by First Class Mail, postage prepaid to:

Mr. Michael Tillman                     Mr. John Paul Smith
Registration No. 05960-050              Registration No. 04456-087
FMC Devens                              FMC Devens
P.O. Box 879                            P.O. Box 879
Ayer, MA  01432                         Ayer, MA  01432

Mr. Donald F. Blizzard, Sr.
Registration No. 34258-037
FMC Devens
P.O. Box 879
Ayer, MA  01432

_____
Philip M. Hirshberg