UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL TILLMAN<br>    Plaintiff, Pro-Se<br><br>JOHN PAUL SMITH<br>    Plaintiff, Pro-Se<br><br>DONALD F. BLIZZARD, SR.<br>    Plaintiff, Pro-Se<br><br>v.<br><br>JOHNSONDIVERSEY, INC.<br>[Incorrectly identified as "Johnson Divsersay, Inc."]<br>    Defendant. | DOCKET NO: 04-CV-40107-GAO |

## **AFFIDAVIT OF PATRICK G. DONNELLY**

I, Patrick G. Donnelly, depose and say the following:

    1.    I am a Shareholder in the law firm of Riordan, Donnelly, Lipinski & McKee, Ltd., 10 North Dearborn Street, Chicago, IL 60602, which coordinates the defense of JohnsonDiversey, Inc. in litigation. As such, I am closely familiar with the defendant's procedures, practices and products and will be able to enhance and facilitate the presentation of its case without delay or inconvenience to the plaintiffs.

    2.    I was first admitted to practice before the Illinois State Bar in 1986. I am also admitted to practice before the United States District Court, Northern District of Illinois (1986). I am a member of the Trial Bar of the United States District Court for the Northern District of Illinois.

3.  I am an attorney in good standing and have never been disciplined in any jurisdiction. A Certificate of Good Standing with the Illinois Supreme Court is attached.

4.  I have associated myself with local counsel, Lee Stephen MacPhee of Morrison Mahoney LLP, an attorney licensed to practice in the Commonwealth of Massachusetts and before this Court.

5.  Pursuant to Local Rule 83.5.3(b), I certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.  It is at my clients' specific request that I seek admission to practice *pro hac vice* before this Court.

Signed under the penalties of perjury this 13th day of October 2004.

_____
Patrick G. Donnelly

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Patrick G. Donnelly

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on December 23, 1986, and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, September 07, 2004.

*Juleann Hornyak*

Clerk