UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL TILLMAN<br>Plaintiff, Pro-Se<br><br>JOHN PAUL SMITH<br>Plaintiff, Pro-Se<br><br>DONALD F. BLIZZARD, SR.<br>Plaintiff, Pro-Se<br><br>v.<br><br>JOHNSONDIVERSEY, INC.<br>[Incorrectly identified as "Johnson Divsersay, Inc."]<br>Defendant. | DOCKET NO: 04-CV-40107-GAO |

## MOTION OF THE DEFENDANT, JOHNSONDIVERSEY, INC. FOR ADMISSION OF ATTORNEY PRO HAC VICE

The defendant in the above-captioned matter, JohnsonDiversey, Inc., respectfully moves for the admission *pro hac vice* of Attorney Stephanie M. Keddy to practice in the above-captioned case.

Ms. Keddy is a Shareholder in the law firm of Riordan, Donnelly, Lipinski & McKee, Ltd., 10 North Dearborn Street, Chicago, IL 60602, which coordinates the defense of JohnsonDiversey, Inc. in litigation. As such, Ms. Keddy is closely familiar with the defendant's procedures, practices and products and will be able to enhance and facilitate the presentation of its case without delay or inconvenience to the plaintiffs.

Attached hereto and made part hereof is the Affidavit of Ms. Keddy, affirming that she is a member in good standing of the bars to which she has been admitted.[1]

WHEREFORE, the Defendant respectfully asks that its Motion to have Stephanie M. Keddy admitted *pro hac vice* be granted and for such other and further relief as this Court may deem just and proper.

        The Defendant
        JohnsonDiversey, Inc.,
        By its Attorneys,

        /s/ *Philip M. Hirshberg*

        Lee Stephen MacPhee-BBO #312400
        Philip M. Hirshberg, BBO #567234
        **MORRISON MAHONEY LLP**
        250 Summer Street
        Boston, MA 02210
        (617) 439-7500

---

[1] The Certificate of Admission to the Bar of Illinois is in the name of Stephanie Michele Connah, which is Stephanie M. Keddy's maiden name.