EXHIBIT "B"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL TILLMAN<br>Plaintiff, Pro-Se<br><br>JOHN PAUL SMITH<br>Plaintiff, Pro-Se<br><br>DONALD F. BLIZZARD, SR.<br>Plaintiff, Pro-Se<br><br>v.<br><br>JOHNSONDIVERSEY, INC.<br>[Incorrectly identified as "Johnson Divsersay, Inc.]<br>Defendant. | DOCKET NO: 04-CV-40107-GAO |

### ORDER OF DISMISSAL

One of the plaintiffs, Donald F. Blizzard, Sr., having reached a voluntary out-of-court settlement with the defendant, JohnsonDiversey, Inc., the terms of which are incorporated by reference herein, the claims of plaintiff Donald F. Blizzard, Sr., are hereby dismissed with prejudice and without costs.

_____
George J. O'Toole, Jr.
District Judge

Dated: