**EXHIBIT "B"**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL TILLMAN<br>    Plaintiff, Pro-Se<br><br>JOHN PAUL SMITH<br>    Plaintiff, Pro-Se<br><br>DONALD F. BLIZZARD, SR.<br>    Plaintiff, Pro-Se<br><br><br>v.<br><br>JOHNSONDIVERSEY, INC.<br>[Incorrectly identified as "Johnson Divsersay, Inc.]<br>    Defendant. | DOCKET NO: 04-CV-40107-GAO |

## **ORDER OF DISMISSAL**

One of the plaintiffs, John Paul Smith, having reached a voluntary out-of-court settlement with the defendant, JohnsonDiversey, Inc., the terms of which are incorporated by reference herein, the claims of plaintiff John Paul Smith, are hereby dismissed with prejudice and without costs.

_____
George J. O'Toole, Jr.
District Judge

Dated: