## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL TILLMAN<br>        Plaintiff, Pro-Se<br><br>JOHN PAUL SMITH<br>        Plaintiff, Pro-Se<br><br>DONALD F. BLIZZARD, SR.<br>        Plaintiff, Pro-Se<br><br>v.<br><br>JOHNSONDIVERSEY, INC.<br>[Incorrectly identified as "Johnson<br>Divsersay, Inc.]<br>        Defendant. | DOCKET NO:  04-CV-40107-GAO |

**MOTION OF THE DEFENDANT JOHNSONDIVERSEY, INC.,**
**FOR ENTRY OF AN ORDER OF DISMISSAL AS TO**
**PLAINTIFF MICHAEL TILLMAN ONLY**

The defendant, JohnsonDiversey, Inc., (incorrectly identified as "Johnson Divsersay, Inc.) (herein "JDI") pursuant to Fed. R. Civ. P. Rule 58, moves for entry of an Order of Dismissal against plaintiff Michael Tillman, only, because the Tillman claim has been resolved as between the parties.  A copy of the Settlement Agreement is attached as Exhibit "A", and a proposed Order is attached as Exhibit "B".

Wherefore, the defendant, JohnsonDiversey, Inc., moves for entry of an Order of

Dismissal against plaintiff Michael Tillman, only.

> Respectfully Submitted,
> The defendant,
> JOHNSONDIVERSEY, INC.
> By its attorneys,
>
>
> /s/ Lee Stephen MacPhee
> Lee Stephen MacPhee, BBO #312400
> MORRISON MAHONEY LLP
> 250 Summer Street
> Boston, MA  02210-1181
> (617) 430-7500

## L.R. D. MASS. 7.1(A)(2) CERTIFICATION

I, Lee Stephen MacPhee, Esquire, counsel for the moving defendant, hereby certify that pursuant to L. R. D. Mass. 7.1(A)(2), I have attempted to confer in good faith with the *pro se* plaintiffs to resolve or narrow the issues presented by the within Motion, and have thus far been unsuccessful.

> /s/Lee Stephen MacPhee_____
> Lee Stephen MacPhee, Esq.