EXHIBIT "B"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL TILLMAN<br>　　Plaintiff, Pro-Se<br><br>JOHN PAUL SMITH<br>　　Plaintiff, Pro-Se<br><br>DONALD F. BLIZZARD, SR.<br>　　Plaintiff, Pro-Se<br><br><br>v.<br><br>JOHNSONDIVERSEY, INC.<br>[Incorrectly identified as "Johnson Divsersay, Inc.]<br>　　Defendant. | DOCKET NO: 04-CV-40107-GAO |

## ORDER OF DISMISSAL

One of the plaintiffs, Michael Tillman, having reached a voluntary out-of-court settlement with the defendant, JohnsonDiversey, Inc., the terms of which are incorporated by reference herein, the claims of plaintiff Michael Tillman, are hereby dismissed with prejudice and without costs.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　George J. O'Toole, Jr.
　　　　　　　　　　　　　　　　　　　　　District Judge

Dated: